ACCEPTED
01-15-00736-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/3/2015 10:55:29 AM
CHRISTOPHER PRINE
CLERK

# Harris County Public Defender's Office

1201 Franklin, 13th floor
Houston, Texas 77002

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/3/2015 10:55:29 AM

CHRISTOPHER A. PRINE
Clerk

Office No.: 713-368-0016
Fax No.: 713-368-9278

September 3, 2015

Clerk of the Court
First Court of Appeals
301 Fannin, Room 208
Houston, Texas 77002

Re:     Defective Certification of the Defendant's Right of Appeal;
        Cause number 01-15-00736-CR;
        *Esseabasi Williams vs. The State of* Texas.

To the Clerk:

The certification of the defendant's right of appeal appears to be defective in this case.

The trial court checked the box on the certification form that reads: "I, judge of the trial court, certify this criminal case is not a plea-bargain case, and the defendant has the right of appeal."

However, the Clerk's Record reflects that the Appellant pled guilty with a pre-sentence investigation, but with an agreement to cap punishment at 30 years in prison. An agreement that places a cap on punishment is a plea bargain for purposes of Texas Rule of Appellate Procedure 25.2(a)(2). *Waters v. State*, 124 S.W.3d 825, 826-827 (Tex. App.-Houston [14th Dist.] 2003, pet. ref'd). Because appellant's plea was made pursuant to a plea bargain, he may appeal only matters raised by a written pre-trial motion and denied by written order or with the trial court's permission. *See* Tex. R. App. P. 25.2(a)(2). Apparently the Appellant did filed a pretrial motion challenging the constitutionality of the statute under which he was prosecuted, and obtained a written ruling pursuant to the motion.

Therefore, pursuant to Tex. R. App. P. 37.1, the Appellant requests that this Court order the trial court to:

1. Remedy the defect;
2. File a new certification of the defendant's right of appeal with the trial court clerk in the case; and
3. Request the trial court clerk to prepare and certify a supplemental clerk's record

in the case containing the corrected certification and file it with this Court.

Very truly yours,

/s/ Bob Wicoff
Bob Wicoff
Attorney at Law

cc:    Alan Curry
       Harris County District Attorney's Office
       Appellate Division